**Stanley and Suzanne
BRINES, Petitioners,**

v.

**ROYAL INSURANCE COMPANY OF
AMERICA, an Illinois corporation,
Respondent.**

**No. 87SC423.**

Supreme Court of Colorado,
En Banc.

Jan. 17, 1989.

Rehearing Denied Feb. 6, 1989.

French & Stone, P.C., Joseph C. French, David M. Haynes, Boulder, for Brines.

Anstine and Hill, Arthur H. Anstine, Jeffrey J. Richards, Denver, for Royal Ins. Co.

## ORDER OF COURT

Upon consideration of the briefs, the record submitted in the above cause and oral arguments by counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DISCHARGED on the basis of *Kane v. Royal Insurance Company,* 768 P.2d 678 (Colo.1989).